NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CALVIN ATKINS,                              )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D18-2406
                                            )
STATE OF FLORIDA,                           )
                                            )
            Appellee.                       )
                                            )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Nicholas Thompson, Judge.

Calvin Atkins, pro se.

PER CURIAM.

            Affirmed.

CASANUEVA, KELLY, and SALARIO, JJ., Concur.